In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-253 CR


____________________



JASON DOYLE, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 94089






MEMORANDUM OPINION


 We have before the Court a motion from the appellant, Jason Doyle, to withdraw his
appeal pursuant to Tex. R. App. P. 42.2. The motion is signed by appellant personally, acting
pro se after counsel filed a brief which certifies that counsel could find no arguable error
upon which to base an appeal together with a motion to withdraw as counsel. No opinion has
issued in this appeal. 

 The motion to withdraw as counsel is GRANTED. Jason Doyle is enrolled pro se. 
It is further ORDERED that the motion to withdraw notice of appeal be GRANTED, and the
appeal is therefore DISMISSED. The Clerk of the Court shall forward a duplicate copy of
this Order to the clerk of the court in which the notice of appeal was filed. 

 APPEAL DISMISSED.



 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered October 15, 2008

Do not publish


Before McKeithen, C.J., Gaultney and Kreger, JJ.